### 3503. HORNE *v.* MAYOR AND COUNCIL OF MACON.

RUSSELL, J. The evidence authorized the inference that the defendant was managing and operating for profit a "blind tiger," under the guise of a so-called locker club, and in connection therewith kept on hand intoxicating liquors for the purpose of illegal sale, in violation of the ordinance of the City of Macon.

*Judgment affirmed.*

DECIDED DECEMBER 19, 1911.

Certiorari; from Bibb superior court—Judge Felton. May 12, 1911.

*Jesse Harris,* for plaintiff in error.

*A. W. Lane,* contra.